AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2024

SEAN F. McAVOY, CLERK

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
a foreign insurer
*Plaintiff*
v.

DRAKE FORSBERG, and
ESTATE OF DAVID FORSBERG
*Defendant*

Civil Action No. 2:23-CV-0188-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 32, is granted in part and denied in part. The motion is GRANTED as to the Personal Liability Policy; the motion is DENIED as to the Auto Policy; the motion is GRANTED as to Defendant Drake Forsberg's counterclaims of bad faith, violation of the Consumer Protection Act; violation of the Insurance Fair Conduct Act; negligent claims adjusting, and breach of contract.
Judgment entered in favor of Plaintiff on the Personal Liability Policy coverage and as to Defendant Drake Forsberg's counterclaims of bad faith, violation of the Consumer Protection Act; violation of the Insurance Fair Conduct Act; negligent claims adjusting, and breach of contract. Judgment entered in favor of Defendants Drake Forsberg and Defendant Estate on the Auto Policy coverage.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment.

Date: 7/23/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham