AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2024

SEAN F. McAVOY, CLERK

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurer,

*Plaintiff*

v.

DRAKE FORSBERG, and ESTATE OF DAVID FORSBERG,

*Defendant*

Civil Action No. 2:23-CV-0188-SAB

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Reconsideration Under Fed. R. Civ. P. 59(e), ECF No. 52, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 32, is GRANTED in full. The Court declares there is no coverage for Drake Forsberg under the Auto Policy for the accident on November 12, 2021. Judgment in favor of Plaintiff on the Personal Liability Policy coverage; the Auto Policy coverage; as to Defendant Drake Forsberg's counterclaims of bad faith, violation of the Consumer Protection Act; violation of the Insurance Fair Conduct Act; negligent claims adjusting, and breach of contract.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a Plaintiff's motion for Reconsideration.


Date: 8/6/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz